**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br> v.  )<br>  )<br>DENNIS SCOTT WILSON; BRAD  )<br>SCOTT WILSON; MELANIE WILSON;  )<br>and ROBIN WILSON,  )<br>  )<br>    Defendants.  )<br>_____  ) | Case No.09CR01597-JM<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>Current Date: October 30, 2009<br>New Date:   December 18, 2009<br>Time:       9:00 a.m. |

Based upon the stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearings for co-defendants DENNIS SCOTT WILSON and BRAD SCOTT WILSON, currently scheduled for October 30, 2009, are hereby continued to ***9:00 a.m. on December 18, 2009.*** No later than November 13, 2009, defense counsel with clients on bond shall file an acknowledgment of the next court date.

On the Court's own motion, the Status Conferences currently scheduled for co-defendants MELANIE WILSON and ROBIN WILSON are also be continued to ***December 18, 2009 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: October 23, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge